CHESTER RUDNICKI *vs.* DISTRICT COURT OF NORTHERN NORFOLK. January 30, 1958. Exceptions overruled. Petition dismissed. This is a petition for a writ of certiorari upon which the single justice rightly refused to issue an order of notice. *Garden Homes, Inc.* v. *District Court of Somerville, ante,* 432, 434. The petition seeks a review of three actions in the District Court of Northern Norfolk. One action has been discontinued by the petitioner's opponent. It has no present vitality. Two actions are still pending. As to them certiorari cannot be used as a substitute for ordinary appellate procedure. *Rines* v. *Justices of the Superior Court,* 330 Mass. 368, 371–372.

*Halice Korelitz,* for the petitioner.
No argument nor brief for the respondent.

CHESTER RUDNICKI *vs.* SUPERIOR COURT. January 30, 1958. Exceptions overruled. Petition dismissed. This is a petition for a writ of certiorari upon which the single justice rightly refused to issue an order of notice. *Garden Homes, Inc.* v. *District Court of Somerville, ante,* 432, 434. Its purpose seems to be to set aside a declaratory decree, which the petitioner has sought "to date" unsuccessfully to set aside. Certiorari cannot be used as a substitute for ordinary appellate procedure. *Rines* v. *Justices of the Superior Court,* 330 Mass. 368, 371–372.

*Halice Korelitz,* for the petitioner.
No argument nor brief for the respondent.

CHESTER RUDNICKI *vs.* MUNICIPAL COURT OF THE CITY OF BOSTON. January 30, 1958. Exceptions overruled. Petition dismissed. This is a petition for a writ of certiorari upon which the single justice rightly refused to issue an order of notice. *Garden Homes, Inc.* v. *District Court of Somerville, ante,* 432, 434. The petitioner seeks to review various interlocutory rulings in a pending action as to which he requested a report to the Appellate Division. *Bean* v. *399 Boylston Street, Inc.* 335 Mass. 595. Certiorari cannot be used as a substitute for ordinary appellate procedure. *Rines* v. *Justices of the Superior Court,* 330 Mass. 368, 371–372.

*Halice Korelitz,* for the petitioner.
No argument nor brief for the respondent.